THI HOANG HO (Cal. Bar No. 293978)
Assistant United States Attorney
1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:24-CR-00734-SVW-2 |
| v. | |
| LUKE GREGORY GRABEEL | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

　　　　Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: (**List Documents**)

- Government's Ex Parte Application for Order Sealing Documents
- Proposed Order Sealing Documents

**Reason:**

☑ Under Seal

☐ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

August 25, 2025
_____
Date

Thi Hoang Ho
_____
Attorney Name

United States of America
_____
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*